| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | JEFFREY R. FINIGAN (CASBN 168285)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, California 94102<br>Telephone: (415) 436-7232<br>Facsimile: (415) 436-7234<br>Email: jeffrey.finigan@usdoj.gov |
| 7 | |
| 8 | |
| 9 | |
| 10 | Attorneys for the United States of America |

11 UNITED STATES DISTRICT COURT

12 NORTHERN DISTRICT OF CALIFORNIA

13 SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 14 | | |
| 15 | UNITED STATES OF AMERICA, ) | No: CR 10-0062 SI |
| 16 | Plaintiff, )<br>) | STIPULATION AND [PROPOSED] ORDER |
| 17 | v. ) | EXCLUDING TIME |
| 18 | MARIA COMFORT, )<br>) | |
| 19 | Defendant. ) | |

23  The above-captioned matter came before the Court on April 21, 2010, for ID of counsel.
24 The defendant was represented by George Cotsirilos, and the government was represented by
25 Tracie Brown, Assistant United States Attorney. The matter was continued to April 30, 2010, at
26 11:00 a.m. for initial appearance in District Court.
27  The Court made findings on April 21, 2010, that the time from and including April 21,
28 2010, through and including April 30, 2010, should be excluded under the Speedy Trial Act, 18

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0062 SI

1 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweighed the
2 best interest of the public and the defendant in a speedy trial. The finding was based on the need
3 for the defendant to have reasonable time necessary for effective preparation and for continuity of
4 counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

5       The parties hereby agree to and request that the case be continued until April 30, 2010,
6 and that the exclusion of time until then be granted. The parties agree and stipulate that the
7 additional time is appboothropriate and necessary under Title 18, United States Code, §
8 3161(h)(7)(A), because the ends of justice served by this continuance outweigh the best interest
9 of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel
10 to effectively prepare, taking into account the exercise of due diligence, and will provide for
11 continuity of counsel for the defendant.

13 DATED: April 30, 2010

      /s/
GEORGE COTSIRILOS
Counsel for Defendant

16 DATED: April 30, 2010

      /s/
JEFFREY R. FINIGAN
Assistant U.S. Attorney

19 So ordered.
20 DATED: 4/30/10

~~BERNARD ZIMMERMAN~~
UNITED STATES MAGISTRATE JUDGE
NANDOR VADAS

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0062 SI                                   2