JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-7232
    Facsimile: (415) 436-7234
    Email: jeffrey.finigan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARIA COMFORT, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No: CR 10-0062 SI <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |

       The above-captioned matter came before the Court on April 30, 2010, for initial appearance.  The defendant was represented by George Cotsirilos, and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The matter was continued to June 18, 2010, at 11:00 am for status.

       The Court made findings on April 30, 2010, that the time from and including April 30, 2010, through and including June 18, 2010, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweighed the

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0062 SI

1 best interest of the public and the defendant in a speedy trial. The finding was based on the need
2 for the defendant to have reasonable time necessary for effective preparation and for continuity of
3 counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).
4      The parties hereby agree to and request that the case be continued until June 18, 2010,
5 and that the exclusion of time until then be granted. The parties agree and stipulate that the
6 additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A),
7 because the ends of justice served by this continuance outweigh the best interest of the public and
8 the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively
9 prepare, taking into account the exercise of due diligence, and will provide for continuity of
10 counsel for the defendant.

12 DATED: May 3, 2010                    /s/
                                         GEORGE COTSIRILOS
13                                       Counsel for Defendant

15
16 DATED: May 3, 2010                    /s/
                                         JEFFREY R. FINIGAN
17                                       Assistant U.S. Attorney

18 So ordered.
19 DATED:                                _____
20                                       SUSAN ILLSTON
                                         UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0062 SI                              2